1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTOINE L. ARDDS,                              No.  2:14-cv-960-KJM-EFB P

12              Plaintiff,

13        v.                                        ORDER

14   WILLIAM KNIPP, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He again requests that the court appoint counsel.  As plaintiff was previously

19   advised, district courts lack authority to require counsel to represent indigent prisoners in section

20   1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional

21   circumstances, the court may request an attorney to voluntarily to represent such a plaintiff. *See*

22   28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v.*

23   *Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether "exceptional

24   circumstances" exist, the court must consider the likelihood of success on the merits as well as the

25   ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues

26   involved. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  Having considered those factors,

27   the court finds there are no exceptional circumstances in this case.

28   /////

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for appointment of

2    counsel (ECF No. 32) is denied.

3    DATED:  October 8, 2015.

4                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE