1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTOINE L. ARDDS,                          No.  2:14-cv-0960-KJM-EFB P

12                 Plaintiff,

13          v.                                   ORDER

14   WILLIAM KNIPP, et al.,

15                 Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He has filed a pleading requesting court assistance in obtaining preferred legal

19   user status in the library.  He states that he is "being denied full access" to the law library, that his

20   appeals regarding this issue have "gone unanswered," and that he would like to research "issues

21   to better establish his claims."  ECF No. 31.

22          As plaintiff notes, this action is only in the discovery phase.  Although plaintiff must

23   timely complete any discovery, he has not shown what legal research he must conduct to do so.

24   Further, he has not shown that he was facing an imminent court deadline requiring priority

25   treatment for library privileges when he filed his request nor has he shown that court intervention

26   is otherwise warranted.  Accordingly, the instant request for assistance in obtaining preferred

27   legal user status in the library will be denied.  Should plaintiff's lack of "full" access to the library

28   interfere with his ability to meet a court-imposed deadline in the future, he may request that the

                                              1

court grant him an extension of time, explaining why he has been unable to meet the deadline in the time provided.  If plaintiff seeks additional time on the grounds he did not have adequate access to the library, he must indicate why he is unable to meet the deadline without such access, what specific requests he has made for more time in the library, and how prison officials have responded to those requests.

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 21, 2015 motion (ECF No. 31) is denied.

DATED:  December 1, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2