UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE L. ARDDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM KNIPP, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-960-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants have moved for summary judgment. ECF No. 41. Plaintiff requests a complete copy of his deposition transcript, portions of which defendants relied upon in their motion. ECF No. 44. Plaintiff also requests an extension of time to oppose defendants' summary judgment motion. ECF No. 45.

The court notes that defendants lodged a copy of the deposition transcript with the court in accordance with Local Rule 133(j). ECF No. 42. In accordance with Local Rule 135(d), defendants shall also serve a copy of the deposition transcript upon plaintiff. *See* E.D. Cal. Local Rule 135(d) Service Upon All Parties ("copies of all documents submitted to the Court shall be served upon all parties to the action"). If defendants have not already done so, they shall serve upon plaintiff a complete copy of the deposition transcript within 14 days of the date of this order.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel production of his deposition transcript (ECF No. 44) is granted, and defendants shall provide a copy of the transcript to plaintiff within 14 days of the date of this order; and

2. Plaintiff's request for an extension of time (ECF No. 45) is granted.  Plaintiff shall file his opposition to defendants' motion for summary judgment within 45 days of the date of this order.

DATED:  March 23, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE